IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PARKER MICHAEL KNIGHT,

        Plaintiff,

v.

PORTLAND STATE UNIVERSITY,

        Defendant.

Case No. 3:13-cv-01416-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed, with prejudice.

    DATED this 6th day of September, 2013.

                                /s/ Anna J. Brown
                              ANNA J. BROWN
                              United States District Judge